Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 964] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALONZO KING, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 964] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMMETT HUNTER, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 965] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAURICE LANE, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 965] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH McLEAN, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole,